| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>STEIN, SIDNEY H | 2. Court or Organization<br><br>U.S. Federal District Court | 3. Date of Report<br><br>08/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.D.C. Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>500 Pearl Street<br>New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Directors | Practising Law Institute, a not for profit organization for continuing legal education |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 25 A 11: 08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | West Services, Inc. - Royalty | $ 3,966.95 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ███████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | China Chamber of Commerce for Import & Export of Medicines & Health Products; | 6/23-27/2007 | Beijing, China | Speaking at conference of Chinese officials and businessmen | Transportation, lodging and food |
| 2. | Chinese Ministry of Commerce and Sidley & Austin LLP | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | C | Interest | J | T | | | | | |
| 3. DREYFUS MUNI MKT | C | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. COMMON STOCKS | | | | | | | | | |
| 6. BERKSHIRE HATHAWAY CORP. | | None | P1 | T | | | | | |
| 7. 5180 GRANT AVENUE CORP. | D | Dividend | P1 | W | | | | | |
| 8. | | | | | | | | | |
| 9. TAX EXEMPT BONDS | | | | | | | | | |
| 10. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 11. NEW YORK ST MTG AGY REV HOMETOWN MTG-29-A-RMKT | C | Interest | M | T | | | | | |
| 12. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 13. NY STATE PWR AUTH REV & GEN PURP SER DETM | C | Interest | L | T | Part Called | 1-2 | J | A | |
| 14. NY STATE POWER AUTH SER G 1/1/10 | C | Interest | L | T | | | | | |
| 15. NYS MTG AGY | D | Interest | M | T | | | | | |
| 16. NYS THWY AUTH. | D | Interest | M | T | | | | | |
| 17. NEW YORK ST. HSG FIN AGY GEN SER A | D | Interest | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. NEW YORK STATE POWER AUTH. | C | Interest | K | T | | | | | |
| 19. DUTCHESS CTY. NY 5%, 8/1/09 | D | Interest | M | T | | | | | |
| 20. MTA N.Y. 5%, 7/1/11 | C | Interest | M | T | | | | | |
| 21. TRIBOROUGH BRIDGE & TUNNEL 5.2%, 1/1/20 | D | Interest | M | T | | | | | |
| 22. N.Y.S. ENV. 5.25%, 10/15/20 | D | Interest | M | T | | | | | |
| 23. N.Y.C. 5% DUE 2/1/24 | D | Interest | M | T | | | | | |
| 24. N.Y.S. THRWY. AUTH. 5.3%, 4/1/15 | D | Interest | M | T | | | | | |
| 25. N.Y.S. SER. C 4/15/13 | D | Interest | M | T | | | | | |
| 26. N.Y.C. 4.25%, 11/15/08 | B | Interest | | | Sold | 6-7 | L | B | |
| 27. LONG ISLAND PWR 5%, 8/1/17 | D | Interest | M | T | | | | | |
| 28. MAMARONECK, NY 4%, 11/1/17 | D | Interest | M | T | | | | | |
| 29. ARDSLEY NY 4.25%, 6/1/18 | B | Interest | M | T | Buy | 6-7 | M | | |
| 30. PORT AUTH. NY & NJ 5%, 2/1/20 | C | Interest | M | T | Buy | 7-26 | M | | |
| 31. MUTUAL FUNDS | | | | | | | | | |
| 32. BRANDYWINE FUND INC. | G | Dividend | P1 | T | | | | | |
| 33. VANGUARD 500 INDEX FUND | | | | | Buy | 2-16 | P2 | | |
| 34. VANGUARD 500 INDEX FUND | | | | | Buy | 2-23 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY II | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. VANGUARD 500 INDEX FUND | | | | | Buy | 3-26 | K | | |
| 36. VANGUARD 500 INDEX FUND | | | | | Part Sale | 4-10 | N | | |
| 37. VANGUARD 500 INDEX FUND | | | | | Buy | 6-25 | K | | |
| 38. VANGUARD 500 INDEX FUND | | | | | Buy | 9-24 | K | | |
| 39. VANGUARD 500 INDEX FUND | G | Dividend | P2 | T | Buy | 12-24 | K | | |
| 40. DAVIS NY VENTURE FUND INC. CL. A | E | Dividend | P1 | T | Part Sale | 12-18 | L | D | |
| 41. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 1-22 | J | | |
| 42. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 2-20 | J | | |
| 43. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 3-22 | J | | |
| 44. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 4-23 | J | | |
| 45. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 5-22 | J | | |
| 46. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 6-21 | J | | |
| 47. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 7-6 | J | | |
| 48. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 7-23 | J | | |
| 49. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 8-22 | J | | |
| 50. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 9-21 | J | | |
| 51. BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 10-23 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | | | | | Buy | 11-21 | J | | |
| 53.  BNY HAMILTON INTERMEDIATE TAX EXEMPT FUND | F | Dividend | P1 | T | Buy | 12-24 | J | | |
| 54.  CDC INVEST FUNDS LOOMIS SAYLES LARGE CAP GROWTH FUND | | None | | | Sold | 2-14 | P1 | G | |
| 55.  TURNER SMALL CAP EQUITY FUND | | | | | Part Sale | 2-14 | P1 | G | |
| 56.  TURNER SMALL CAP EQUITY FUND | G | Dividend | P1 | T | Buy | 12-17 | O | | |
| 57.  NEUBERGER BERMAN INT'L TRUST FUND | G | Dividend | P2 | T | Buy | 2-16 | P2 | | |
| 58. | | | | | | | | | |
| 59.  MISCELLANEOUS | | | | | | | | | |
| 60.  CASH, JPMORGAN CHASE | E | Interest | O | T | | | | | |
| 61.  FINE ARTS HELD AS TENANT-IN-COMMON | D | Rent | P1 | W | | | | | |
| 62.  ARBOR PPTY TRUST | | None | K | T | | | | | |
| 63.  SERVICEMASTER LP | | None | M | T | | | | | |
| 64. | | | | | | | | | |
| 65.  NOTE: JUDGE STEIN HAS ELECTED | | | | | | | | | |
| 66.  NOT TO LIST INFORMATION | | | | | | | | | |
| 67.  BY ▮▮▮▮ MEMBER | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN, SIDNEY H | 08/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544